UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 1130
AUGUSTA, GEORGIA  30903

John E. Triplett
Clerk of Court

RE:   Robert M. Taylor, III et al. v. University Health Services, Inc., et al.

### REMOVAL NOTICE TO ALL COUNSEL OF RECORD

Take notice that the above-styled case was **removed** to the Southern District of Georgia, Augusta Division, from: Superior Court of Richmond County. The Civil Action Number assigned to this case is: CV124-019. The case was filed and docketed on: 02/16/2024 and has been assigned to: Chief Judge J. Randal Hall.

ALL PARTIES ARE NOTIFIED TO RE-FILE ANY PENDING MOTIONS (PREVIOUSLY FILED IN STATE COURT), AND RESPONSES, WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS NOTICE.  THIS COURT WILL NOT SUA SPONTE TAKE UP MOTIONS FILED PRIOR TO REMOVAL DATE.

PLAINTIFF'S COUNSEL INTENDING TO APPEAR IN THE REFERENCED MATTER MUST ENTER A NOTICE OF APPEARANCE OR A MOTION FOR ADMISSION PRO HAC VICE NO LATER THAN TEN (10) DAYS AFTER THE ISSUANCE OF THIS NOTICE.  PLAINTIFF'S COUNSEL WHO DOES NOT INTEND TO REPRESENT PLAINTIFF IN THIS MATTER MUST NOTIFY THE CLIENT AND FILE A NOTICE OF COMPLIANCE (AND INCLUDE THE CLIENT'S ADDRESS) WITHIN THE SAME TEN (10) DAY PERIOD.

DATE: 02/20/2024

cc: John B. Long
    Thomas W. Tucker
    Emily E. Friedman
    Troy A. Lanier

JOHN E. TRIPLETT, CLERK OF COURT

BY: _____

Deputy Clerk