AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| Robert M. Taylor, III, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-00019-JRH-BKE |
| University Health Services, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFFS ROBERT M. TAYLOR, III, ET.AL.

Date:   02/23/2024

*Attorney's signature*

John B. Long     457200
*Printed name and bar number*
Tucker Long, P.C.
P.O. Box 2426
Augusta, GA  30903

*Address*

jlong@tuckerlong.com
*E-mail address*

(706) 722-0771
*Telephone number*

(706) 722-7028
*FAX number*