# United States District Court

## Southern District of Georgia

Robert M. Taylor, III et al.,

_____
Plaintiff

v.

University Health Services, Inc.
and Piedmont Healthcare, Inc.,

_____
Defendant

Case No. _____CV124-019_____

Appearing on behalf of

Defendants
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __8th__ day of __March__, __2024__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Colin Đặng Delaney

Business Address: Smith, Gambrell & Russell, LLP
Firm/Business Name

1105 W. Peachtree Street NE
Street Address

Suite 1000 | Atlanta | GA | 30309
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

(404) 815-3500 | 216858
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: cdelaney@sgrlaw.com