IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT M. TAYLOR, III et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00019-JRH-BKE |
| ) | |
| UNIVERSITY HEALTH SERVICES, INC. ) | |
| and PIEDMONT HEALTHCARE, INC., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF DAVID BELKOSKI

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, David Belkoski, after first being duly sworn, states as follows:

1. I submit this affidavit in connection with Defendants' opposition to Plaintiffs' motion to remand.

2. I am the current Chief Financial Officer for University Health Services, Inc. d/b/a Piedmont Augusta Hospital ("UHS"). I reside in the State of Georgia. I am over the age of eighteen years and suffer from no legal or mental disabilities.

3. I have been employed by UHS since May 3, 1999, and have been the Chief Financial Officer since July 1, 2007. In my role as Chief Financial Officer, I have personal knowledge of, and am fully competent to testify to, the matters set forth herein.

4. The statements in this affidavit are based on my own personal knowledge and my review of the attached business records and are true and correct to the best of my knowledge.

5. UHS is a private Georgia nonprofit corporation, exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code").

6. Among other facilities, UHS operates a licensed 812-bed acute care hospital (formerly University Hospital) in Augusta which is currently comprised of a main campus located at 1350 Walton Way, Augusta, Georgia 30901 and the Summerville campus located at 2260 Wrightsboro Road, Augusta, Georgia 30904.

7. UHS is a party to a Lease Agreement, dated December 14, 1984, between UHS and the Richmond County Hospital Authority ("RCHA"), as supplemented and amended to date (the "Lease Agreement"), pursuant to which UHS leases from RCHA certain land, buildings, fixtures, improvements, and other assets as described in the Lease Agreement.

8. The Lease Agreement, a true and correct copy of which is attached hereto as Exhibit A, governs the contractual relationship between RCHA and UHS.

9. The RCHA has no ownership interest in UHS and has never had any such ownership interest in UHS. As of March 1, 2022, Piedmont Healthcare, Inc. ("Piedmont Healthcare"), a private Georgia nonprofit corporation exempt from federal income tax under Section 501(c)(3) of the Code, is the sole member of UHS.

10. UHS is subject to Piedmont Healthcare's system-wide governance, controls, processes, and procedures, and the Board of Directors of Piedmont Healthcare has exclusive authority over certain matters with respect to UHS, while authority over all other matters remains with the Board of Directors of UHS.

11. UHS is responsible for the day-to-day business affairs and operations of Piedmont Augusta Hospital (formerly University Hospital).

12. Under the Lease Agreement, as of December 1984, all employees of RCHA became employees of UHS. Since that time, UHS has been solely responsible for the payment of all wages and employee benefits provided to current and former UHS employees and has had full discretion

over employment and employee benefits decisions with respect to current and former UHS employees, including "the discretion to determine and adjust salaries and employee benefits" with no input from or control by RCHA. *See* Exhibit A, Section 12 of Lease Agreement.

13. I am aware that there is a reference to a now-terminated pension plan in Section 12 of the Lease Agreement (the Retirement Income Plan for Employees of University Hospital, Inc.). This pension plan was transferred to UHS following entry into the Lease Agreement and UHS continued to maintain the plan as its sole sponsor. UHS treated the pension plan as an ERISA plan following its transfer to UHS until the plan's termination in 2018. Attached hereto as Exhibit B is a true and correct copy of the last ERISA Form 5500 filed for the pension plan (prior to its termination) with the U.S. Department of Labor.

14. The employees of UHS are treated as private employees, and not as public employees of the State of Georgia or any other public or municipal corporation or entity.

15. I am familiar with the retiree medical program involved in this lawsuit. As part of the benefit program, UHS identifies and selects the health insurance carriers that provide the retiree medical insurance coverage and selects the insurance contracts with those insurers that will be made available to retirees under the program. Currently, those carriers are Aetna Life Insurance Company ("Aetna") and United Healthcare Insurance Company ("United"). UHS remits premium payments directly to the health insurance carriers providing the retiree medical coverage. The amount of premiums paid by UHS varies each year, based on premium rates and the number of eligible participants. No payments or reimbursements are made or issued by UHS through the retiree medical program to any program participant.

16. There is a specific enrollment process for those individuals who are eligible for the retiree medical program and who elect to participate in it. The process involves the completion of

an enrollment form and a confirmation of retirement form. Both of those documents are attached hereto as Exhibit C. UHS collects the enrollment and retirement forms and separately confirms participant eligibility.

17. The retiree medical insurance coverage provided to eligible participants as part of the retiree medical program is and was reported on Form 5500s filed with the U.S. Department of Labor. Attached hereto as Exhibit D is a true and correct copy of Form 5500s filed for years 2019 through 2022 for the Health Benefit Plan for Employees of University Health, Inc. The insurers (Aetna and United), insurance policies for the coverage, and participants covered under such policies are referenced in the "Schedule As" in each of the Form 5500s.

18. The documents attached hereto are records of regularly conducted business activities of UHS, which were made and kept in the course of regularly conducted business activity by persons with knowledge of the matters reflected therein, and were made and kept as a regular practice.

[Signature page follows]

Dated: March 12, 2024.

                                                                David Belkoski

Sworn to and subscribed before me
this __13__ day of March, 2024.


Notary Public
{Notarial Seal}

SGR/70266443.2