# **Exhibit C**

**2022 Retiree Benefits Form**          *University Health Services Inc.*

*Please Print Clearly in Blue or Black Ink*

| Employee Last Name: | First Name: | MI | Date of Birth: |
|---|---|---|---|
| Phone Number: | Email Address: | ❑ Male ❑ Female | Social Security #: |

| Street Address: | City: | State: | Zip: |
|---|---|---|---|
| Effective Date: | Reason for Change | Enrollment❑ | Change❑ |

**Dependent Information:** List all dependents below that you are enrolling. Use additional page if needed. You must provide documentation when adding dependents to benefits (marriage license, birth certificates, etc.)

| ❑Spouse | Last Name: | First: | MI: | SS#: | DOB: | ❑Male ❑Female |
|---|---|---|---|---|---|---|

❑Medical   ❑Dental   ❑Vision

| ❑Child | Last Name: | First: | MI: | SS#: | DOB: | ❑Male ❑Female |
|---|---|---|---|---|---|---|

❑Medical   ❑Dental   ❑Vision

| ❑Child | Last Name: | First: | MI: | SS#: | DOB: | ❑Male ❑Female |
|---|---|---|---|---|---|---|

❑Medical   ❑Dental   ❑Vision

| ❑Child | Last Name: | First: | MI: | SS#: | DOB: | ❑Male ❑Female |
|---|---|---|---|---|---|---|

❑Medical   ❑Dental   ❑Vision

**These are monthly premiums for the following benefits. Current benefit elections are noted with an \***

**Humana EyeMed Vision**

|  | High | Low |
|---|---|---|
| Retiree | $9.38___ | $6.70___ |
| Retiree and Spouse | $17.84___ | $12.74___ |
| Retiree and Child(ren) | $18.76___ | $13.40___ |
| Retiree and Family | $27.57___ | $19.69___ |
| No Coverage |  |  |

**United Concordia**

|  | High | Low |
|---|---|---|
| Retiree | $51.80___ | $28.62___ |
| Retiree + Family | $103.56___ | $41.58___ |
| No Coverage ____ |  |  |

I hereby authorize hospitals, physicians, dentists, or other providers of service to furnish to Meritain, United Concordia and Humana, or its agents, upon request, any and all reports, records, or copies thereof concerning any illness, injury, or condition for which service was provided to me or my dependents together with like reports, records, or copies thereof of all earlier services.

Emergency Contact Name: _____     Phone: _____

**Retiree Signature:** Sign, date, and return this form to Head Capital Advisors to implement the above enrollment/changes.

**Retiree Signature:** _____          **Date**_____



**UNIVERSITY**
HEALTH CARE SYSTEM
Human Resources

## Confirmation of Retirement

I _____ have met with the benefits team with University Hospital and have given notice that my last day as an active employee will be _____.

☐ In order to be eligible for retiree benefits and/or Medicare Advantage plan, I acknowledge that I am 60 years of age or older and have at least 20 to 30 **consecutive** years of service with University Hospital.

☐ I acknowledge that retiree benefits are effective the first of the month following my last day as an active employee.

☐ I acknowledge if I decide to change my last day as an active employee I must notify the following of the new date of retirement and complete another Confirmation of Retirement form:

- Benefits
- Carla James at Head Capital Advisors (706-733-5501)
- My manager or supervisor

☐ I acknowledge that by failing to notify the above named, my benefits with University Hospital will be terminated and the retiree benefits will begin effective the first of the month following my last day as an active employee.

☐ I acknowledge I must notify Benefits if I desire to Port or Convert any life insurance coverage for myself or dependents. I understand that any coverage I elect to continue after retirement will be a direct policy with Cigna.

_____                              _____
Signature of Employee                                               Date

_____
Employee ID number

1350 Walton Way, Augusta, GA 30901 ** 706-774-7169 ** Fax 706-774-89778/26/2019

Rev. 5/04/21