IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT M. TAYLOR, III, et al. ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> VS. ) <br> ) <br> UNIVERSITY HEALTH SERVICES, INC. ) <br> and PIEDMONT HEALTHCARE, INC., ) <br> ) <br> DEFENDANTS ) | CASE NO. <br> 1:24-cv-00019-JRH-BKE |

### PLAINTIFFS' NOTICE OF INTENT
### TO FILE SUPPLEMENTAL BRIEF IN SUPPORT
### OF PLAINTIFFS' MOTION TO REMAND

NOW COME the Plaintiffs in the above-captioned case and give notice, within fourteen (14) days of March 14, 2024, of their intent to file a Supplemental Brief in Support of Plaintiffs' Motion to Remand.

This 18th day of March, 2024.

/s/John B. Long
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200

/s/Thomas W. Tucker
THOMAS W. TUCKER, ESQ.
Georgia State Bar No. 717975

Attorneys for Plaintiffs

OF COUNSEL:
TUCKER LONG, P.C.
P. O. BOX 2426
453 GREENE STREET
AUGUSTA, GA  30903
(706) 722-0771
(706) 722-7028 Fax
jlong@tuckerlong.com
ttucker@tuckerlong.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this date, the foregoing Notice of Intent to File Supplemental Brief in Support of Plaintiffs' Motion to Remand was filed with the Clerk of Court in accordance with ECF rules using the CM/ECF system and was served electronically upon counsel for the other parties or by placing a copy of same in the United States Mail with adequate postage thereon, properly addressed to:

>Edward H. Wasmuth, Jr., Esq.
>Emily E. Friedman, Esq.
>Smith Gambrell & Russell, LLP
>1105 W. Peachtree Street, NE
>Suite 1000
>Atlanta, GA  30309
>ewasmuth@sgrlaw.com
>efriedman@sgrlaw.com

This 18th day of March, 2024.

>*/s/John B. Long*
>JOHN B. LONG, ESQ.
>Georgia State Bar No. 457200
>
>*/s/Thomas W. Tucker*
>THOMAS W. TUCKER, ESQ.
>Georgia State Bar No. 717975
>
>Attorneys for Plaintiffs