IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT M. TAYLOR, III, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 124-019 |
| | ) | |
| PIEDMONT HEALTHCARE, INC. and | ) | |
| UNIVERSITY HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In the Rule 26(f) Report filed on March 22, 2024, (doc. no. 16), the parties agree discovery should not occur until the District Judge rules on Plaintiffs' pending motion, thus, the Court **STAYS** all discovery pending a ruling on Plaintiffs' Motion to Remand, (doc. no. 6). The Court **DIRECTS** the **CLERK** to terminate the motion associated with the Rule 26(f) Report. (Doc. no. 16.) The parties shall confer and submit a second Rule 26(f) Report, with proposed case deadlines, within seven days of the presiding District Judge's ruling. In the event the presiding District Judge, in his ruling on the pending motion, provides further instruction to the parties that justifies continuation of the stay, the parties shall inform the undersigned to that effect in a status report to be filed within seven days of the presiding District Judge's ruling.

SO ORDERED this 25th day of March, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA