# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CV124-019  
TITLE Robert M. Taylor, et al v. Piedmont Healthcare Inc. et al  
TIMES 9:52 am - 10:19 am

DATE May 16, 2024  
TOTAL 27 min.

Honorable : **J. Randal Hall**  
Court Reporter : **Lisa Davenport**

Courtroom Deputy : **Lisa Widener**  
Interpreter :

**Attorney for Plaintiff**  
John B. Long

**Attorney for Defendant(s)**  
Emily E. Friedman  
Colin D. Delaney  
Troy A. Lanier

**Defendant(s)**

PROCEEDINGS : **Telephonic Status Conference**

☑ In Court  
☐ In Chambers

All parties ready to proceed.

After hearing from the parties, the Court finds there is standing and the case will remain in this Court.

Plaintiff has 45 days to amend complaint.

Court takes motion to remand under consideration as to ERISA

(Rev 7/2003)

GENERAL CLERK'S MINUTES