LAW OFFICES
# TUCKER LONG, P.C.
Post Office Box 2426
453 Greene Street (30901)
Augusta, Georgia 30903

John B. Long, Esq.
jlong@tuckerlong.com

Office Telephone:
(706) 722-0771
Facsimile:
(706) 722-7028
Of Counsel:
A. Zachry Everitt, Esq.

September 24, 2024

Ms. Emily E. Friedman
Mr. Colin Dang Delaney
Smith, Gambrell & Russell
1105 West Peachtree Street, N.E.
Suite 1000
Atlanta, Georgia 30309

Mr. Troy A. Lanier
Troy Lanier Law
430 Ellis Street
Augusta, Georgia 30901

RE: <u>On behalf of Robert M. Taylor, III, Deborah R. Mangum, Leonard K. Sweatman, and those additional individuals who are parties to Civil Action File No. 124-019 in the United States District Court for the Southern District of Georgia: Request for Information directed to Administrator of the University Healthcare Welfare Plan, disclosed as Mr. Dave Belokoski as set forth on Department of Labor, Form 5500</u>

Dear Ms. Friedman, Mr. Delaney, and Mr. Lanier:

Pursuant to the provisions of 29 U.S.C. § 1024(b), please provide to Mr. Robert M. Taylor, III and those persons set forth as Plaintiffs in the above-referenced case, the following:

1) The Summary Plan Documents (SPD) for each year beginning 2005 through 2024 for the University Healthcare Welfare Plan, including any updated summary plan descriptions as set forth in 29 U.S.C. §1022;

2) The complete Welfare Plan for the University Healthcare Welfare Plan for each year beginning 2005 through 2024;

3) Each document of the University Healthcare Welfare Plan and all amendments thereto which sets forth the fact that retirees who were employed prior to January 1, 2005 and who had 30 or


EXHIBIT "A"

more years of continuous service would receive a free paid Medicare Supplement Policy once he or she reached the age of 65 years;

  4) All changes to the University Healthcare Welfare Plan that eliminated or changed any provision of the Plan or that eliminated the provision relating to the free Medicare Supplement Policy offered to retirees;

  5) All summaries of material modifications to the Plan;

  6) All other documents or instruments under which the Plan is established and/or operated;

  7) All instructions sent to those individuals or companies who assist in the administration of the plan relating to providing benefits free of charge to any of the Plaintiffs in Civil Action File No. 124-019;

  8) The group policy written by United Healthcare (AARP) that was in existence from 2005 to 2024, as well as any changes to said policy or policies;

  9) All documents prepared by any employee of University Hospital following any meeting between Mr. Jim Davis and Mrs. Marilyn Bowcutt in October, November or December, 2020 relating to the fact that retirees who had Medicare Supplemental benefits that were provided through the group policy with United Healthcare (AARP) could keep that coverage and would not have to be covered by the AETNA Medicare Advantage Plan;

  10) Any and all COBRA notices that were given to retirees who had Medicare Supplement coverage through United Healthcare in the year 2020 when this benefit was changed to being part of the Medicare Advantage Plan written through AETNA; and

  11) All COBRA notices given to any Plaintiff in Civil Action File No. 124-019 in the United States District Court for the Southern District of Georgia.

            Very truly yours,

            John B. Long, Esq.

JBL/dec

Enclosures

*1105 W. Peachtree St. NE, Suite 1000*
*Atlanta, Georgia 30309-3608*
*Tel: 404 815-3500*
*www.sgrlaw.com*



*Emily E. Friedman*
*Direct Tel: 404-815-3948*
*Direct Fax: 404-685-7248*
*efriedman@sgrlaw.com*

October 24, 2024

**Via Email: (jlong@tuckerlong.com)**
John B. Long, Esq.
Law Offices Tucker Long, P.C.
P.O. Box 2426
453 Greene Street (30901)
Augusta, GA 30903

      Re:  Your Plan Document Request; *Taylor, III et al. v. University Health Services, Inc.,* Case No. 1:24-cv-00019-JRH-BKE (S.D. Ga.) (the "Federal Action")

Dear Mr. Long:

      As you know, we are counsel to Defendants in the above-referenced Federal Action and the health and welfare benefit plans they sponsor (or have sponsored). We are writing in response to your letter dated September 24, 2024, seeking plan documents on behalf of your clients. A copy of your letter is enclosed for reference.

      As an initial matter, your letter seeks documentation related to a "University Healthcare Welfare Plan." No such plan exists. We therefore have construed your letter as a request for documentation related to the medical and prescription drug benefit programs offered to certain Medicare-eligible retirees of University Health Services, Inc., including the University Health Services, Inc. Retiree Medical Plan (the "Plan").

      Further, we are providing the instant response without waiver of any rights or defenses. Among other things, we disagree with your characterization of the applicable disclosure requirements under the Employee Retirement Income Security Act of 1974 ("ERISA"). There is no requirement to produce the sweeping categories of documentation you have requested on behalf of your clients. ERISA § 1024(b)(4) – the section pursuant to which you seek documentation – only requires the production of the "latest" formal legal instruments under which the Plan is established or operated. 29 U.S.C. § 1024(b)(4). Federal courts interpreting ERISA's disclosure requirements similarly hold there is no requirement to produce the bulk of documentation and information listed in your September 24 letter.

John B. Long, Esq.
October 24, 2024
Page 2

Nonetheless, in response to your request, we enclose the following documents:

- The University Health Services, Inc. Retiree Medical Plan Document and Summary Plan Description;

- Each Evidence of Coverage ("EOC") for the Aetna Medicare Advantage PPO benefit program offered under the Plan (the "Aetna Medicare Advantage Plan") effective for calendar years 2021 through 2025;

- Aetna Group Employer Medicare Advantage Plan and Medicare Prescription Drug Plan Application for University Health, Inc.;

- Aetna Medicare Group Agreement between Aetna and University Health, Inc. for the Aetna Medicare Advantage Plan;

- Agreement between UnitedHealthcare Insurance Company ("United") and University Health Services Inc., effective January 1, 2011;

- Outline of Coverage (benefits schedule) for the AARP United Healthcare Medicare Supplement Plan offered under the Plan;

- Retiree Benefit Summary Guides (enrollment guides) from 2015 through 2023; and

- Policy No. A-09 of the University Hospital Policy Handbook, which outlines the eligibility criteria for the Medicare-eligible retiree medical and prescription drug benefit program offered to eligible retirees of University Health Services, Inc.

With respect to your request for "policies written by United Healthcare (AARP)" for Plan participants currently covered under that program, please note that United issues those individual policies directly to each participant. Therefore, your clients should have copies of their own individual policies (our clients do not).

We note that many of your requests are also objectionable because they are based on false assumptions and mischaracterizations. We need not further debate those issues at this time, however, given they are currently the subject of our ongoing disputes in the Federal Action. Please do not construe our decision not to address each and every one of your objectionable requests as an admission that we agree with the various mischaracterizations and assumptions upon which they are based.

John B. Long, Esq.
October 24, 2024
Page 3

      Our clients continue to reserve all rights and defenses with respect to this matter and in connection with the Federal Action.

                                              Sincerely,

                                              Emily E. Friedman
                                              Partner

Enclosures

## **CERTIFICATE OF SERVICE**

This is to certify that on this date, the foregoing Brief was filed with the Clerk of Court in accordance with ECF rules using the CM/ECF system and was served electronically upon counsel for the other parties:

Emily E. Friedman, Esq.
Colin D. Delaney, Esq.
Smith Gambrell & Russell, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
ewasmuth@sgrlaw.com
cdelaney@sgrlaw.com


Troy A. Lanier, Esq.
Troy Lanier Law
430 Ellis Street
Augusta, GA 30901
tlanier@tlanier.law

This 7th day of November, 2024.

/s/John B. Long
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200