## CERTIFICATE OF SERVICE

This is to certify that on this date, the foregoing Brief was filed with the Clerk of Court in accordance with ECF rules using the CM/ECF system and was served electronically upon counsel for the other parties:

Emily E. Friedman, Esq.
Colin D. Delaney, Esq.
Smith Gambrell & Russell, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA  30309
ewasmuth@sgrlaw.com
cdelaney@sgrlaw.com

Troy A. Lanier, Esq.
Troy Lanier Law
430 Ellis Street
Augusta, GA 30901
tlanier@tlanier.law

This 7th day of November, 2024.

/s/John B. Long
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200

15