IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT M. TAYLOR, III, et al. ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| VS. ) | CASE NO. 1:24-cv-00019-JRH-BKE |
| ) | |
| UNIVERSITY HEALTH SERVICES, INC. ) | |
| and PIEDMONT HEALTHCARE, INC., ) | |
| ) | |
| ) | |
| DEFENDANTS ) | |

### BRIEF IN SUPPORT OF PLAINTIFFS' MOTION
### FOR PERMISSIVE JOINDER OF PARTIES

In the above-captioned collective action, Plaintiffs have moved, pursuant to Rule 20 of the Federal Rules of Civil Procedures, to join as additional party Plaintiffs certain individuals who assert a right to relief jointly, severally, or in the alternative with respect to their claims for free-for-life Medicare Supplemental policies (referred to as a "Medigap" policies), all of whom have met the qualifications for this benefit having been employed prior to January 1, 2005 and having worked for 30 or more continuous years at University Hospital, now Piedmont-Augusta. (A substantial number of the existing Plaintiffs and those now seeking to be joined were originally hired by the Richmond County Hospital Authority prior to the lease to University Health Services, Inc. in 1985. That lease is referenced in the case of Richmond County, Georgia v. Richmond County Hospital Authority, 255 Ga. 1`83, 336 S.E.2d 562 (1985). A copy of that lease is attached to the Affidavit of David Belowski filed in this case as Ex. A (Doc. 14-1, pp.2-46) to Doc. 14, p.1-5. In that lease, University Health Services, Inc. assumed all of the liabilities of the Richmond County Hospital Authority, including deferred compensation arrangements or the contractual

obligation to provide the former employees who qualified for a free-for-life Medicare supplemental policy. (Doc. 14, pp.13-24).

The evidence in this case, once developed, will be that potential Plaintiff Rebecca Sherman left her employment at the Medical College of Georgia in order to work at University Hospital when it was operated by the Richmond County Hospital Authority. The "hidden paycheck" was promoted at that time and consisted of a "free-for-life Medicare supplemental policy" benefit for future long-term employees. The Defendants should be in possession of the documents created when this program was first established that the Defendants have not yet produced.

The individuals who seek to be added all have questions of law or fact that are common to the Plaintiffs who are already to this collective lawsuit and their addition as party Plaintiffs, if they are successful in this action, will allow them to receive the same benefits that the original Plaintiffs seek. To deny this joinder will only create multiple additional lawsuits being filed by these individuals.

The individuals who seek to be added fall into the following three categories:

<u>Category A</u> – Individuals who did not initially join in the action, all of whom were employed prior to January 1, 2005, at University Hospital and have 30 or more years of continuous service. Those individuals being:

1. Berthina Blackwell
2. Wendy Giselle Brown (40 yrs UH, 3yrs Piedmont)
3. Sandra Collier
4. Faye Creed
5. Richard Makerson
6. Rebecca Sherman

2

  7.  Ann Wimberly

Category B – Individuals employed prior to January 1, 2005, at University Hospital and have 30 or more years of continuous service with University Hospital and who have only recently reached the age of 65 years. Those individuals being:

  8.  Marsha Chavous

  9.  Tammy Day

  10.  Frances DeLong

  11.  Deborah Gaylor

  12.  Debra Kennedy

  13.  Lisa Novotny Jackson

  14.  Lisa S. Johnson

  15.  Venetia Northrop

  16.  Karen Smith

  17.  Debra Timmons

Category C – Individuals employed prior to January 1, 2005, at University Hospital and have 30 or more years of continuous service at University Hospital and Piedmont-Augusta. Those individuals being:

  18.  Mylene Griffin (29 UH, 1 Piedmont)

  19.  Linda Griswell (29 UH, 2 Piedmont)

  20.  Marie Jackson (29 UH, 3 Piedmont).

The questions of law and fact common to the Plaintiffs who desire to be joined in this action will be common to the Plaintiffs who members of this collective group are currently.

Plaintiffs show the Court that on December 8, 2022, Piedmonth Healthcare, Inc. advised Head Capital Advisors advised University Hospital and Piedmont-Augusta retirees that the benefit would be made available to retires did not reach Medicare eligibility (age 65 years) before December 31, 2023, as shown by Exhibit A attached hereto.

The facts that support individuals having the right to this benefit will generally be the same as those of the Plaintiffs that these individuals seek to join.

There are two requirements for joinder under Rule 20 of the Federal Rules of Civil Procedure, those being: (a) that all claims against the joined party must arise out of the same transaction or occurrence or series of transactions or occurrences; and (b) there must be some question of law or fact common to all Plaintiffs that will arise in this action. *See*, Gruner Enterprises, LLC v. ABC Loan Co. of Martinez, LLC, 2021 Westlaw 5511742 (S.D. Ga. 2021), and cases cited therein.

In this case, there has been no undue delay, bad faith or dilatory motive since the United States District Court has only recently denied the Defendants' motion to dismiss this case and has allowed the Plaintiffs to proceed with their claim.

For the reasons stated herein, this Court should grant Plaintiffs' motion to allow the above-named individuals to join this case.

This ____ day of November, 2025.

/s/John B. Long
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200

/s/Thomas W. Tucker
THOMAS W. TUCKER, ESQ.
Georgia State Bar No. 717975

Attorneys for Plaintiffs

4

OF COUNSEL:
TUCKER LONG, P.C.
P. O. BOX 2426
453 GREENE STREET
AUGUSTA, GA  30903
(706) 722-0771
(706) 722-7028 Fax
jlong@tuckerlong.com
ttucker@tuckerlong.com

## CERTIFICATE OF SERVICE

This is to certify that on this date, the foregoing Brief in Support of Plaintiffs' Motion for Permissive Joinder of Parties was filed with the Clerk of Court in accordance with ECF rules using the CM/ECF system and was served electronically upon counsel for the other parties or by placing a copy of same in the United States Mail with adequate postage thereon, properly addressed to:

Emily E. Friedman, Esq.
Colin D. Delaney, Esq.
Smith Gambrell & Russell, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA  30309
cdelaney@sgrlaw.com
efriedman@sgrlaw.com


Troy A. Lanier
Troy Lanier Law
430 Ellis Street
Augusta, GA  30901
tlanier@tlanierlaw.com

This 10th day of November, 2025.

/s/ **John B. Long**
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200

/s/ **Thomas W. Tucker**
THOMAS W. TUCKER, ESQ.
Georgia State Bar No. 717975

Attorneys for Plaintiffs