IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT M. TAYLOR, III, et al. | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | CASE NO. |
| VS. | ) | 1:24-cv-00019-JRH-BKE |
| | ) | |
| UNIVERSITY HEALTH SERVICES, INC. and PIEDMONT HEALTHCARE, INC., | ) | |
| | ) | |
| DEFENDANTS | ) | |

**NOTICE OF FILING**

NOW COME the Plaintiffs in the above-captioned case and file the attached **Video Deposition of Edward Malcolm Gillespie**.

This 15th day of May, 2026.

*/s/John B. Long*
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200

*/s/Thomas W. Tucker*
THOMAS W. TUCKER, ESQ.
Georgia State Bar No. 717975

Attorneys for Plaintiffs

TUCKER LONG, P.C.
P. O. BOX 2426
AUGUSTA, GA 30903
(706) 722-0771
(706) 722-7028 Fax
jlong@tuckerlong.com
ttucker@tuckerlong.com