IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT M. TAYLOR, III, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 124-019 |
| | ) | |
| PIEDMONT HEALTHCARE, INC., and | ) | |
| UNIVERSITY HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

At the status conference on June 18, 2026, Plaintiffs' counsel reported success in resolving all outstanding discovery disputes identified in the Motion to Compel, (doc. no. 77), which is therefore **MOOT**.

SO ORDERED this 22nd day of June, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA