IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ROBERT M. TAYLOR, III, et al. )
)
PLAINTIFFS, )
) CASE NO.
VS. ) 1:24-cv-00019-JRH-BKE
)
UNIVERSITY HEALTH SERVICES, INC. )
and PIEDMONT HEALTHCARE, INC., )
)
DEFENDANTS )

**PLAINTIFFS' STATUS REPORT AS TO MEDIATION**

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?

_X_ Yes ___ No.

2. If the parties answered yes to question 1, do the parties prefer (a) a private mediator; or (b) magistrate or bankruptcy judge?

___ Private Mediator _X_ Magistrate or Bankruptcy Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

4. If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

- Plaintiffs will make themselves available at the convenience of the Magistrate or Bankruptcy Judge.

This 11th day of August, 2026.

/s/*John B. Long*
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200

/s/*Thomas W. Tucker*
THOMAS W. TUCKER, ESQ.
Georgia State Bar No. 717975

Attorneys for Plaintiffs

OF COUNSEL:

TUCKER LONG, P.C.
P. O. BOX 2426
453 GREENE STREET
AUGUSTA, GA 30903
(706) 722-0771
(706) 722-7028 Fax
jlong@tuckerlong.com
ttucker@tuckerlong.com

**CERTIFICATE OF SERVICE**

This is to certify that on this date, the foregoing ***Plaintiffs' Status Report as to Mediation*** was filed with the Clerk of Court in accordance with ECF rules using the CM/ECF system and was served electronically upon counsel for the other parties and by placing a copy of same in the United States Mail with adequate postage thereon, properly addressed to:

Edward H. Wasmuth, Jr., Esq.
Emily E. Friedman, Esq.
Steven A. Vickery, Esq.
Smith Gambrell & Russell, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
ewasmuth@sgrlaw.com
efriedman@sgrlaw.com
svickery@sgrlaw.com

Troy A. Lanier
Troy Lanier Law
430 Ellis Street
Augusta, GA 30901
tlanier@tlanierlaw.com

This 11th day of August, 2026.

/s/***John B. Long***
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200

/s/***Thomas W. Tucker***
THOMAS W. TUCKER, ESQ.
Georgia State Bar No. 717975

Attorneys for Plaintiffs